AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

TERRELL TURNER; ROBERT YOUNG;
ORLANDO MOORE; ANTHONY JACKSON

Plaintiff

v.

CITY OF OAKLAND, a municipal corporation, et al.
SEE ATTACHMENT A TO SUMMONS

Defendant

Civil Action No.

C08-03114

ADR

BZ

E-filing

**Summons in a Civil Action**

To: SEE ATTACHMENT A TO SUMMONS

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JOHN L. BURRIS, ESQ.
BENJAMIN NISENBAUM, ESQ.
LAW OFFICES OF JOHN L. BURRIS
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CA 94621
(510) 839-5200 TELEPHONE

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 2 7 2008

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

ATTACHMENT A TO SUMMONS

NAME AND ADDRESS OF DEFENDANTS.

1. City of Oakland, One Frank Ogawa Plaza, Oakland, CA
2. Wayne Tucker, Chief, Oakland Police Dept., 455 7th ST., Oakland CA
3. Patrick Garrans, Officer, Oakland Police Dept., 455 7th St., Oakland CA
4. Nadia Clark, Officer, Oakland Police Dept., 455 7th St., Oakland CA
5. F. Shavies, Officer, Oakland Police Dept., 455 7th St., Oakland CA
6. R. Johnson, Officer, Oakland Police Dept., 455 7th St., Oakland CA
7. M. McGiffert, Officer, Oakland Police Dept., 455 7th St. Oakland CA
8. D. Sawyer, Officer, Oakland Police Dept., 455 7th St. Oakland CA